158

Argued and submitted August 31, reversed and remanded December 19, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DOUGLAS ANTHONY BUCHHOLTZ, JR.,
*Defendant-Appellant.*

Washington County Circuit Court
D044861M; A127916

174 P3d 1040

Brandon G. Williams, Deputy Public Defender, argued the cause for appellant. With him on the briefs were Peter A. Ozanne, Executive Director, Office of Public Defense Services, and Peter Gartlan, Chief Defender, Legal Services Division.

Judy C. Lucas, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Ortega, Judge.

PER CURIAM

Reversed and remanded. *State v. Washburn,* 216 Or App 261, 173 P3d 156 (2007).